**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JUL − 2 2014

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| KIMBERLY CAMPISE, | ) | **4:14CR210 RWS/NAB** |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about August 5, 2013, in the Eastern District of Missouri, the defendant,

**KIMBERLY CAMPISE,**

in a matter within the jurisdiction of the Social Security Administration, an agency of the United

States, did knowingly and willfully make and use and cause to be made and used a false

document, knowing the same to contain a materially false, fictitious and fraudulent statement, in

that, on Form SSA 3380-BK entitled "Function Report Adult – Third Party," defendant did aid,

abet, counsel, and induce another to state and represent and cause to be stated and represented

that she was unable to be left alone, did not drive, and could not walk more than 1/10 of a mile,

when in truth and in fact as defendant well knew, she was capable of self-care, drove, was able to

walk longer than 1/10 of a mile, and was capable of engaging in fisticuffs.

In violation of Title 18, United States Code, Sections 1001 and 2.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
TRACY L. BERRY, 014753 TN
Assistant United States Attorney

2